| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Robert M. Ozell (SBN 87234)<br>1710 11th Street<br>Manhattan Beach, CA 90266<br>Telephone: (310) 318-0172<br>Facsimile: (310) 449-1989 | FILED<br><br>10 DEC -7  AM 10: 36<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY:_____ |
| ATTORNEYS FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elba, Inc. and Sierra Slover, LLC<br><br>Plaintiff(s),<br>v.<br><br>JPMorgan Chase Bank, National Association<br><br>Defendant(s) | CASE NUMBER:<br><br>CV10 9367 MMM (OPx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs Elba, Inc. and Sierra Slover, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Elba, Inc. | Plaintiff |
| Sierra Slover, LLC | Plaintiff |
| Sami Dughman | Member of Plaintiff |
| David Araj | Member of Plaintiff |
| Bashar Marji | Member of Plaintiff |
| Joseph Bashoura | Member of Plaintiff |
| Norma Bachoura | Member of Plaintiff |
| Nabil Dahi | Member of Plaintiff |
| Rima Kassar | Member of Plaintiff |
| Raymond Bitar | Member of Plaintiff |

12/2/10
Date

Sign  /s/ Robert Ozell

Plaintiffs
Attorney of record for or party appearing in pro per